# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00088-CR

**Joe Carl Valdez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. D-1-DC-99-990004, HONORABLE KAREN SAGE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant was convicted of robbery in 1999. This Court affirmed the conviction in 2000. *See Valdez v. State*, No. 03-00-00085-CR, 2000 Tex. App. LEXIS 6373, \*1-2 (Tex. App.—Austin Sept. 21, 2000, no pet.) (not designated for publication). In 2008 and again in 2012, appellant filed two unsuccessful applications for writ of habeas corpus. On February 8, 2013, appellant then filed a pro se notice of appeal, seeking to appeal from the original judgment of conviction. The trial court has certified that appellant has already taken a direct appeal and has no further right to appeal. *See* Tex. R. App. P. 25.2(a)(2). We therefore dismiss the appeal. Tex. R. App. P. 25.2(d) (if trial court does not certify that defendant has right to appeal, "appeal must be dismissed").

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed

Filed:   August 9, 2013

Do Not Publish

2